UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ESPINOZA, | ) CASE NO. CV 12-7392-MWF (PJW) |
| Petitioner, | ) ORDER TO SHOW CAUSE WHY PETITION |
| v. | ) SHOULD NOT BE DISMISSED |
| DAVID B. LONG, WARDEN, | ) |
| Respondent. | ) |

On August 28, 2012, Petitioner filed a Petition for Writ of Habeas Corpus, seeking to challenge his April 2008 state conviction and 50-years-to-life sentence for three counts of attempted murder and assault with a firearm. (Petition at 2.) In the Petition, he claims that there was insufficient evidence to support his conviction, the trial erroneously admitted prejudicial evidence, his trial counsel provided ineffective assistance, he was subjected to an impermissibly suggestive identification procedure, and the prosecutor knowingly used perjured testimony. (Petition at 5-3 to 5-16.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of

limitations. 28 U.S.C. § 2244(d). Petitioner's conviction became final on September 21, 2010--90 days after the state supreme court denied his petition for review and the time expired for him to file a petition for writ of certiorari with the United States Supreme Court. *See, e.g., Brambles v. Duncan*, 412 F.3d 1066, 1069 (9th Cir. 2005). Therefore, the statute of limitations expired one year later, on September 21, 2011. *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001). Petitioner did not file this Petition, however, until August 28, 2012, more than 11 months after the deadline. Absent statutory or equitable tolling, the Petition is untimely and must be dismissed.

IT IS THEREFORE ORDERED that, no later than **September 28, 2012,** Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice because it was filed after the one-year statute of limitations had run. Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED: August 29, 2012.

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\ESPINOZA, G 7392\OSC dismiss pet.wpd