JS-6

**FILED**
**CLERK, U.S. DISTRICT COURT**
SEP 1 4 2015
**CENTRAL DISTRICT OF CALIFORNIA**
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ESPINOZA,<br><br>Petitioner,<br><br>v.<br><br>NEIL MCDOWELL, Warden,<br><br>Respondent. | Case No. CV 12-7392-MWF (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Sept. 14, 2015

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE